IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KURT KEPHART,<br><br>              Plaintiff,<br><br>vs.<br><br>QBE FARMERS UNION INSURANCE, and JOHN DOES 1-111,<br><br>              Defendants. | CV 22-36-BLG-SPW<br><br>ORDER |

Pursuant to a change in the Court's calendar,

**IT IS HEREBY ORDERED** that the Final Pretrial Conference set for Wednesday, May 24, 2023 at 1:30 p.m. and the Trial set for Monday, June 5, 2023 at 9:00 a.m. are **VACATED.**

**IT IS FURTHER ORDERED** that a <u>telephonic</u> scheduling conference will be conducted on **Wednesday, June 7, 2023 at 10:30 a.m.**. The purpose of this scheduling conference is to RESET the trial date and related deadlines. Counsel shall appear telephonically by following these steps:

1. Dial: 1-669-254-5252
2. When Prompted Enter Meeting ID: 161 474 66922
3. Press: # #

1

The clerk is directed to notify counsel of the entry of this Order.

DATED this 2nd day of May, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge